TO:   Michelle Parfitt, Esq.
      ASHCRAFT & GEREL
      2000 L Street, N.W., Suite 400
      Washington, DC 20036


I acknowledge receipt of your request that I waive service of a summons in the action of **_Chaundra Young V. Johnson & Johnson_** in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Johnson & Johnson be served with judicial process in the manner provided by Rule 4.

Johnson & Johnson will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

12/14/06
Date

_____
Signature

TO:   Michelle Parfitt, Esq.
      ASHCRAFT & GEREL
      2000 L Street, N.W., Suite 400
      Washington, DC 20036

I acknowledge receipt of your request that I waive service of a summons in the action of **_Chaundra Young V. Johnson & Johnson Pharmaceutical Research & Development, LLC._**, in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Johnson & Johnson Pharmaceutical Research & Development, LLC., be served with judicial process in the manner provided by Rule 4.

Johnson & Johnson Pharmaceutical Research & Development, LLC., will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

_12/14/06_
Date

_[signature]_
Signature

TO: Michelle Parfitt, Esq.
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036

I acknowledge receipt of your request that I waive service of a summons in the action of <u>Chaundra Young V. Ortho-McNeil Pharmaceutical, Inc.</u>, in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Ortho-McNeil Pharmaceutical, Inc., be served with judicial process in the manner provided by Rule 4.

Ortho-McNeil Pharmaceutical, Inc., will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except of objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after date request was sent.

_12/19/06_
Date

_[signature]_
Signature