IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAUNDRA YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>    Defendants. | CASE NO. 1:06-CV-02035-JR<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

Defendant Johnson & Johnson is a corporation whose securities are publicly traded. Defendant Johnson & Johnson does not have a parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson.

{D0064171.1 }

Respectfully submitted,

OF COUNSEL:

/s/ William H. Robinson, Jr.

SUSAN M. SHARKO
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932
Telephone:    973-360-1100
Facsimile:    973-360-9831

WILLIAM H. ROBINSON, JR.
Wright Robinson Osthimer & Tatum
5335 Wisconsin Avenue, N.W., Suite 920
Washington, D.C. 20015
Telephone:  202-244-4668
Facsimile:   202-244-5135

*Attorneys for Defendants*
*Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., and Ortho-McNeil Pharmaceutical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this 29th day of January 2007, a copy of ***Defendants' Corporate Disclosure Statement*** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s/ William H. Robinson, Jr.
_____
WILLIAM H. ROBINSON, JR.
Attorneys for Defendants
*Johnson & Johnson, Johnson & Johnson Pharmaceutical Research & Development, L.L.C., and Ortho-McNeil Pharmaceutical, Inc.*

{D0064171.1}                                3